**Harry K. WASSOFF, Plaintiff-Appellant,**

v.

**AMERICAN AUTOMOBILE INSURANCE COMPANY, Defendant-Appellee.**

**No. 30923.**

United States Court of Appeals, Fifth Circuit.

May 4, 1971.

Robert A. Fanning, Harlan Harper, Jr., Fanning & Harper, Dallas, Tex., for plaintiff-appellant.

Franklin H. Perry, Thompson, Coe, Cousins, Irons & Porter, Dallas, Tex., for defendant-appellee.

Before O'SULLIVAN *, THORNBERRY and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

[1] See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

